William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

**FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

SEP 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIO ANGEL ESTRADA,<br><br>Defendant. | 1:19-CR-2045-SMJ<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>(Count One)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Firearms<br>(Count Two)<br><br>Forfeiture Allegations<br>21 U.S.C. § 853, 18 U.S.C. § 924,<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

COUNT 1

On or about August 17, 2019, in the Eastern District of Washington, the Defendant, LUCIO ANGEL ESTRADA, did knowingly and intentionally possess with the intent to distribute fifty grams or more of actual methamphetamine, a

INDICTMENT- 1

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about August 17, 2019, in the Eastern District of Washington, the Defendant, LUCIO ANGEL ESTRADA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms, to wit: a Zastava, model CZ99, 9mm pistol, bearing serial number 003275; and a Glock, model 19, 9mm pistol, bearing serial number ABUV408, which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this Indictment, the Defendant, LUCIO ANGEL ESTRADA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be

INDICTMENT- 2

used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//
//
//
//

INDICTMENT- 3

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 2 of this Indictment, the Defendant, LUCIO ANGEL ESTRADA, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense.

DATED this 10th day of September, 2019.

A TRUE BILL

_____
Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT- 4